# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Date: July 14, 2023
Re: Release Order Authorization
Docket Number: 2:23-CR-00258-DMG-1
Defendant: Sai Zhang

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Mahogane Demyers*

Mahogane Demyers
U.S. Probation & Pretrial Services Officer
Telephone No. 213-574-2678

Click here to enter text.